

# THE THIRTEENTH COURT OF APPEALS

### 13-17-00641-CV

American Bank, N.A. as trustee of the Lisa Marie Buckley Trust and co-trustee of the John Buckley Jr. Trust and Kelly Rose Kinard Trust, John Buckley Jr. Trust, Lisa Marie Buckley Trust, Kelly Rose Kinard Trust, together with John Buckley Jr., Lisa Marie Buckley, and Kelly Kinard, as Trustee, co-trustee and/or Trust Beneficiaries of the John Buckley Jr. Trust, Lisa Marie Buckley Trust and Kelly Rose Kinard Trust, and/or Shareholders
v.
Moorehead Oil & Gas, Inc., Moorehead Acquisition, LLC, and Moorehead Oil & Gas, LLC

On appeal from the
28th District Court of Nueces County, Texas
Trial Cause No. 2017DCV-0487-A

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the cause should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the cause REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

November 29, 2018